United States Bankruptcy Court
District of New Hampshire

```
In re:                                                      Case No. 15-10663-BAH
Mark Edward Toronto, Sr.                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: gl              Page 1 of 1              Date Rcvd: Jun 29, 2015
                              Form ID: 316          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
db             +Mark Edward Toronto, Sr.,   26R Derryfield Road,   Derry, NH 03038-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2015 at the address(es) listed below:
            Lawrence P. Sumski    SumskiCh13@gmail.com
            Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
            Sandra A. Kuhn   on behalf of Debtor Mark Edward Toronto, Sr. skuhn@familylegalservices.org,
             jodi@familylegalservices.org;gobankruptwithfls@gmail.com;jrunge@familylegalservices.org;ahuntley@
             familylegalservices.org
                                                                         TOTAL: 3
```

## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re:                                          Bk. No. 15−10663−BAH
                                                Chapter 13
Mark Edward Toronto Sr.
    Debtor

## NOTICE OF DISMISSAL
## (CONTINGENT)

On June 20, 2015, a Amended Schedule F, J, Summary and matrix was filed in this case (Doc. No. 19). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **July 20, 2015**.

Date: June 29, 2015                             Bonnie L. McAlary, Clerk
                                                By: /s/ G. Llewellyn
                                                Deputy Clerk

Form ntcdisdec−316